
Michael Wishnie, Esq.  NY Bar Number: MW1952
The Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Attorney for National Immigration Project of the National Lawyers Guild, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTHERN NEW YORK**

National Immigration Project of the National Lawyers Guild, Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with principal place of business in New York, New York. National Immigration Project of the National Lawyers Guild, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. National Immigration Project of the National Lawyers Guild, Inc. is not a publicly-held corporation or other publicly-held entity.
2. National Immigration Project of the National Lawyers Guild, Inc. does not have any parent corporation.
3. No publicly-held corporation owns 10 percent or more of National Immigration Project of the National Lawyers Guild, Inc.'s stock.
4. A supplemental disclosure statement will be filed upon any charge in the information provided herein.

Dated: Tuesday, April 29th, 2008

By: _____

Michael Wishnie
Attorney for National Immigration Project of the National Lawyers Guild, Inc.