

Michael Wishnie, Esq.                                    NY Bar Number: MW1952
The Jerome N. Frank Legal Services Organization
P.O. Box 209090
New Haven, CT 06520-9090
Phone: (203) 432-4800
Attorney for Families for Freedom, Inc.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTHERN NEW YORK**

Families for Freedom, Inc. certifies that it is a non-governmental corporation organized and existing under the laws of the State of New York, with principal place of business in New York, New York. Families for Freedom, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1. Families for Freedom, Inc. is not a publicly-held corporation or other publicly-held entity.
2. Families for Freedom, Inc. does not have any parent corporation.
3. No publicly-held corporation owns 10 percent or more of Families for Freedom, Inc.'s stock.
4. A supplemental disclosure statement will be filed upon any charge in the information provided herein.

Dated: Tuesday, April 28th, 2008

By: _____
Michael Wishnie
Attorney for Families for Freedom, Inc.