UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
FAMILIES FOR FREEDOM, et al.,

             Plaintiffs,                     **ECF CASE**

      v.

                                                         08 Civ. 4056 (DC)

MICHAEL CHERTOFF,

             Defendant.                    NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         May 22, 2008

                                             Respectfully submitted,

                                             MICHAEL J. GARCIA
                                             United States Attorney for the
                                             Southern District of New York

                               By:    /s/
                                             DAVID BOBER
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Telephone: (212) 637-2718
                                             Facsimile: (212) 637-2786
                                             Email: david.bober@usdoj.gov

To:    Michael J. Wishnie
         Jerome N. Frank Legal Services Organization
         Yale Law School
         P.O. Box 209090
         New Haven, CT 06520-9090