UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FAMILIES FOR FREEDOM, INC., NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS' GUILD, RAFIU ABIMBOLA, and CAMAL MARCHABEYOGLU, <br><br>Plaintiffs, <br><br>v. <br><br>MICHAEL CHERTOFF, SECRETARY OF THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY, <br><br>Defendant. | No. 08-CIV-4056 <br><br><br><br><br><br>Dated: June 9, 2008 |

## NOTICE OF FILING OF PROOF OF SERVICE

Plaintiffs, by and through undersigned counsel, hereby give notice of the filing of the following:

- **Exhibit A**: a copy of the original Return of Service reflecting service of the Complaint and Summons on Michael Mukasey, Attorney General.

- **Exhibit B**: a copy of the original Return of Service reflecting service of the Complaint and Summons on Defendant Michael Chertoff.

- **Exhibit C**: a copy of the original Return of Service and Affidavit of Service reflecting service of the Complaint and Summons on Michael J. Garcia, United States Attorney.

                /s/ *Michael J. Wishnie*
            Michael J. Wishnie, Esq.
            Jerome N. Frank Legal Services Organization
            Yale Law School
            127 Wall Street
            New Haven, CT 06511
            Telephone: (203) 432-4800
            Facsimile: (203) 432-1426
            *michael.wishnie@yale.edu*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Notice of Filing of Proof of Service was filed electronically. The following counsel of record will be notified via the Court's electronic filing system:

DAVID BOBER, ESQ.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2718
Facsimile: (212) 637-2786
Email: david.bober@usdoj.gov

                                      /s/ *Michael J. Wishnie*
                                      Michael J. Wishnie, Esq.
                                      Jerome N. Frank Legal Services Organization
                                      Yale Law School
                                      127 Wall Street
                                      New Haven, CT 06511
                                      Telephone:  (203) 432-4800
                                      Facsimile:  (203) 432-1426
                                      *michael.wishnie@yale.edu*

# EXHIBIT A

JUDGE CHIN

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Southern_____ District of _____New York_____

Families for Freedom, Inc., National Immigration
Project of the National Lawyers' Guild,
Rafiu Abimbola, and Camal Marchabeyoglu
V.
Michael Chertoff, Secretary of the U.S.
Department of Homeland Security

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 4056

TO: (Name and address of Defendant)

Michael Mukasey
Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Wishnie
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

an answer to the complaint which is served on you with this summons, within _____sixty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                       APR 30 2008

_____          _____
CLERK                                                    DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/20/2008 |
| NAME OF SERVER *(PRINT)* Susan L. Voigt | TITLE State Marshal, New Haven County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
In acc with Rule 4(i) F.R. Civ. P., 3 true and attested copies served upon the regional office-U.S. Attorney, 157 Church St., New Haven, CT 06510 on 5/20/08 & 2 copies mailed to U.S. A.G. in Wash, DC

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $2.12 | SERVICES $58.94 | TOTAL $61.06 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5/20/2008___
Date

*Signature of Server* [signed: Susan]

28 Pelham Lane, New Haven, CT 06511
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT B

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

| Southern | District of | New York |

Families for Freedom, Inc., National Immigration
Project of the National Lawyers' Guild,
Rafiu Abimbola, and Camal Marchabeyoglu

V.

Michael Chertoff, Secretary of the U.S.
Department of Homeland Security

**SUMMONS IN A CIVIL ACTION**

08 CIV 4056

CASE NUMBER:

TO: (Name and address of Defendant)

Michael Chertoff,
Secretary of the Department of Homeland Security
Washington, D.C. 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Michael J. Wishnie
Jerome N. Frank Legal Services Organization
Yale Law School
P.O. Box 209090
New Haven, CT 06520-9090

an answer to the complaint which is served on you with this summons, within _____sixty_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE    APR 30 2008

%AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 5/20/2008 |
| NAME OF SERVER *(PRINT)* Susan L. Voigt | TITLE State Marshal, New Haven County |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    In acc with Rule 4(i) F.R. Civ. P., 3 true and attested copies served upon the regional office-U.S. Attorney, 157 Church St., New Haven, CT 06510 on 5/20/08 & 2 copies mailed to U.S. A.G. in Wash, DC

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $2.12 | SERVICES $58.94 | TOTAL $61.06 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    5/20/2008      *[signature]*
              Date              *Signature of Server*

                       28 Pelham Lane, New Haven, CT 06511
                       *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# EXHIBIT C

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE May 15, 2008 - 10:30 AM |
| NAME OF SERVER *(PRINT)* Laurance Knox | TITLE Process server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 86 Chambers Street New York, NY 10007

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/19/08
          Date

*L Knox*
*Signature of Server*

20 Vesey St, New York, NY 10007
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

CMH

| UNITED STATES DISTRICT COURT | Index No. 08 CIV 4056 |
|---|---|
| | Filed on 4/30/2008 |

FAMILIES FOR FREEDOM, NATIONAL IMMIGRATION PROJECT OF THE NATIONAL LAWYERS' GUILD, RAFIU ABIMBOLA, AND CAMAL MARCHABEYOGLU,
-against-
MICHAEL CHERTOFF, Secretary of Homeland Security

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF SUFFOLK: **LAURANCE KNOX**, being duly sworn, deposes and says: I am over the age of 18 years, am not party to this action, and reside in the State of New York. That on 5/15/2008, at 10:30 AM, at SOUTHERN DISTRICT OF NEW YORK, 86 CHAMBERS STREET NEW YORK, NY 10007, I served the **SUMMONS IN A CIVIL ACTION AND COMPLAINT** bearing Index # 08 CIV 4056, Upon **MICHAEL J. GARCIA, UNITED STATES ATTORNEY**,

[ ] **INDIVIDUAL**
by personally delivering a true copy thereof to said recipient, known by deponent to be said person named therein.

[X] **AGENCY / BUISNESS ENTITY**
A Federal Agency, by delivering thereat a true copy of each to **A. CHARLES, Managing Agent**, known by deponent to be an authorized agent of the recipient named therein.

[ ] **SUITABLE AGE PERSON**
by delivering a true copy of each to a person of suitable age and discretion, to wit: , , who verified that the intended recipient actually resides at this location.

[ ] **AFFIXING TO DOOR**
by affixing a true copy of each to the door of said premises, which is recipients actual dwelling house (usual place of abode). Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat on the dates and times below: Deponent verified that recipient lives at said premises with , .

[X] **MAILING COPY**
Deponent enclosed a copy of same in a postpaid sealed wrapper marked "personal and confidential" and properly addressed to recipient at **SOUTHERN DISTRICT OF NEW YORK, 86 CHAMBERS STREET NEW YORK, NY 10007** and mailed same by First Class Mail and Certified Mail 7007 3020 0002 1903 1106 by depositing in an official depository under exclusive care and custody of the U.S. Postal Service in the State of New York on **5/21/2008**.

[X] **DESCRIPTION**
Sex: Female; Color: Black; Hair: Black; Approx. Age: 35-39; Approx. Height: 5'6"; Approx. Weight: 180; Other: refused first name

[ ] **WITNESS FEE**
Deponent tendered to the recipient $ as witness, traveling, or other statutory fee.

[ ] **MILITARY SERVICE**
Deponent asked the person spoken to whether the recipient was presently on active duty or dependent on someone who was on active duty in the military service of the United States and was informed that he/she was not.

Sworn to before me on 5/21/2008 :

_____
Christine M. Hanson
Notary Public, State of New York
No. 01HA6162668
Qualified in Suffolk County
Commission Expires 03/12/2011

LAURANCE KNOX
NYC License # - 1167432

Attorney / Client: THE JEROME N. FRANK LEGAL SERVICES ORGANIZATION
PO BOX 209090
NEW HAVEN, CT 06520-9090
Phone: 203-432-4800
File No. GARCIA

CMH  15380

RETURN TO: NCS 4250 VETERANS HWY SUITE 4000 W, HOLBROOK, NY 11741 (110028)